GEORGE T. BOCHANIS, ESQ.
Nevada Bar No.: 2262
**GEORGE T. BOCHANIS, LTD.**
631 S. Ninth Street
Las Vegas, Nevada 89101
(702) 388-2005
Attorney for Plaintiff

ORIGINAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREAS GOLTSOS, individually<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURNACE COMPANY, a Foreign Corporation; DOE DRIVERS I through X, inclusive; DOES XI through XX, inclusive; ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00817-KJD-VCF |

## STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant STATE FARM INSURANCE COMPANY by and through its attorneys, GEORGE RANALLI, Esq., of the Law Firm of RANALLI, ZANIEL FOWLER & MORAN, LLC, and Plaintiff ANDREAS GOLTSOS by and through his attorney, GEORGE T. BOCHANIS, ESQ., of the Law Firm of GEORGE T. BOCHANIS, LTD., hereby stipulate and agree to continue the due date of Plaintiff's Opposition to Defendant's Motion to Dismiss in this matter from its current due date of May 31, 2019 to June 7, 2019.

Defendant filed its Motion to Dismiss Pursuant to FRCP 12(b)(6) on May 17, 2019, and the due date of Plaintiff's Opposition is May 31, 2019.

Parties seek a seven day extension of the pending opposition date due an unexpected illness of attorney who was preparing the Opposition.

///

///

Said request is not being made for the purposes of delaying discovery or the trial of this matter.

SO AGREED.

DATED this ____ day of May 2019.　　　　DATED this 29 day of May 2019.

**RANALLI ZANIEL FOWLER & MORAN, LLC**　　　　**GEORGE T. BOCHANIS, LTD**

_____　　　　_/s/ George T. Bochanis_____
George M. Ranalli, Esq.　　　　　　　　　　　　George T. Bochanis, Esq.
Nevada Bar No. 5748　　　　　　　　　　　　　Nevada Bar No. 2262
2400 W. Horizon Ridge Pkwy　　　　　　　　　631 S. Ninth Street
Henderson, Nevada 89052　　　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Defendant State Farm Insurance Company*　　*Attorney for Plaintiff Andreas Goltsos*

## ORDER

BASED ON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that the due date of Plaintiff's Opposition to Defendant's Motion to Dismiss has been extended to June 7, 2019 by this action.

_____
**UNITED STATES　　　　　　　JUDGE**

Submitted by:

**GEORGE T. BOCHANIS, LTD.**

_/s/ George T. Bochanis_____
**GEORGE T. BOCHANIS, ESQ.**
631 South Ninth Street
Las Vegas, Nevada 89101
(702) 388-2005
Attorney for Plaintiff Andreas Goltsos

Said request is not being made for the purposes of delaying discovery or the trial of this matter.

SO AGREED.

DATED this 29 day of May 2019.

RANALLI ZANIEL FOWLER & MORAN, LLC

_____
George M. Ranalli, Esq.
Nevada Bar No. 5748
2400 W. Horizon Ridge Pkwy
Henderson, Nevada 89052
*Attorneys for Defendant State Farm Insurance Company*

DATED this 29 day of May 2019.

GEORGE T. BOCHANIS, LTD

_____
George T. Bochanis, Esq.
Nevada Bar No. 2262
631 S. Ninth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Andreas Goltsos*

## ORDER

BASED ON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that the due date of Plaintiff's Opposition to Defendant's Motion to Dismiss has been extended to June 7, 2019 by this action.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GEORGE T. BOCHANIS, LTD.

_____
GEORGE T. BOCHANIS, ESQ.
631 South Ninth Street
Las Vegas, Nevada 89101
(702) 388-2005
Attorney for Plaintiff Andreas Goltsos