**GEORGE RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREAS GOLTSOS, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM INSURANCE COMPANY, a Foreign Corporation; DOE DRIVERS I through X, inclusive; DOES XI through XX, inclusive; and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | 2:19-cv-00817<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

Defendant, STATE FARM INSURANCE COMPANY, by and through their attorney, GEORGE RANALLI, ESQ. and JASON ANDREW FOWLER, ESQ., of the law offices of RANALLI ZANIEL FOWLER AND MORAN, LLC, and Plaintiff, ANDREA GOLTSOS, by and through her attorney, GEORGE T. BOCHANIS, ESQ., of the **GEORGE T. BOCHANIS, LTD.** do hereby stipulate to remand this matter to state court without prejudice.

1

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

This stipulation to remand is based on Plaintiff's averment that the amount in controversy is not met. Therefore, the parties hereby stipulate that this matter be remanded to state court.

| DATED this 19th June, 2019 | DATED this 14 June, 2019 |
|---|---|
| **RANALLI ZANIEL FOWLER & MORAN, LLC** | **GEORGE T. BOCHANIS, LTD.** |
| /s/ Jason Andrew Fowler | /s/ George T. Bochanis |
| GEORGE RANALLI, ESQ. | GEORGE T. BOCHANIS, ESQ. |
| Nevada Bar No. 5748 | Nevada Bar No. 2262 |
| **JASON ANDREW FOWLER, ESQ.** | Attorneys for Plaintiff |
| Nevada Bar No. 8071 | |
| Attorneys for Defendant | |

### ORDER

In light of the parties above stipulation regarding the amount in controversy, and for good cause appearing, IT IS HEREBY ORDERED that this case is remanded back to Clark County District Court.

The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED.**

Dated: 6/19/2019

_____
UNITED STATES DISTRICT COURT

2